**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Clarence Frost, et al.,

　　　　　　　　　Plaintiff,

v.

Walmart Inc.,

　　　　　　　　　Defendant.

**NOTICE OF SETTLEMENT**

CLASS ACTION

Case No. 0:24-CV-00211-JRT-LIB

---

## NOTICE OF SETTLEMENT

Defendant Walmart Inc. ("Walmart") through its counsel and in agreement with Plaintiffs Clarence Frost and Tammy Frost ("Plaintiffs"), notify the Court that they have reached an agreement in principle that will resolve Plaintiffs' claims in this lawsuit.  The Parties intend to file a Stipulation for Dismissal as soon as practicable, but respectfully request that the Parties are given 30 days to file the same. Accordingly, the Parties request that the Court stay all pending deadlines.

*[signatures follow]*

Respectfully submitted,

Dated: March 18, 2024

/s/ *Thomas R. Pack*

Thomas R. Pack
**GREENBERG TRAURIG, LLP**
90 South 7th Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 259-9700
Facsimile: (612) 677- 3101
Email: Tom.Pack@gtlaw.com

***Attorneys for Defendant***

Dated: March 18, 2024

*/s/ Pat. W. Michenfelder*

Patrick W. Michenfelder (#024207X)
Jason Gustafson (#0403297)
**THRONDSET MICHENFELDER, LLC**
222 South Ninth Street, Suite 1600
Telephone: (763) 515-6110
Facsimile: (763) 226-2515
Email: Pat@throndsetlaw.com
        Jason@throndsetlaw.com

***Attorneys for Plaintiffs***

2

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas R. Pack, an attorney, hereby certify on March 18, 2024, caused the

foregoing to be filed and served electronically via the Court's ECF system upon all

counsel of record.


<u>/s/ Thomas R. Pack  </u>