# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CLARENCE FROST AND TAMMY FROST, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | Civil No. 24-211 (JRT/LIB)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Jason D. Gustafson and Patrick W. Michenfelder, **THRONDSET MICHENFELDER LAW OFFICE, LLC**, One Central Avenue West, Suite 101, St. Michael, MN 55330, for Plaintiffs.

Thomas R. Pack, **GREENBERG TRAURIG, LLP**, 90 South Seventh Street, Suite 3500, Minneapolis, MN 55402, for Defendant.

Plaintiffs filed a Notice of Voluntary Dismissal [ECF No. 9]. Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 7, 2024  
at Minneapolis, Minnesota

\_\_\_s/John R. Tunheim\_\_\_\_\_  
JOHN R. TUNHEIM  
United States District Judge