# UNITED STATES DISTRICT COURT
## District of Minnesota

Clarence Frost, Tammy Frost

                Plaintiff(s),

v.

Walmart Inc.

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-00211-JRT-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorney's fees.

Date: 5/8/2024

KATE M. FOGARTY, CLERK